UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, et al.,<br><br>Defendants. | Case No. 2:14-cv-02046-JAD-PAL<br><br>ORDER |

This matter is before the court on the Substitution of Attorney (Dkt. #29) filed January 19, 2015. Kaleb D. Anderson seeks leave to be substituted in the place and stead of Ryan D. Hastings for Defendant Sun City Aliante Community Association. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." Plaintiff filed its Complaint (Dkt. #1) December 5, 2014. No Answer has been filed by the Defendants.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1. The Substitution of Attorney (Dkt. #29) is **APPROVED**.
2. Kaleb D. Anderson is substituted in the place of Ryan D. Hastings as counsel for Defendant Sun City Aliante Community Association, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 23rd day of January, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1