UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>SFR INVESTMENTS POOL 1, LLC, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:14-cv-02046-JAD-PAL<br><br>ORDER<br><br>(Jt. Mot Stay Disc – Dkt. #44) |

Before the court is the parties' Joint Motion to Stay Discovery (Dkt. #44). The parties agree that a stay of discovery is warranted because the pending motions to dismiss raise dispositive legal issues that could resolve Plaintiffs' claims, and the resolution of the motions to dismiss will clarify what, if any, discovery is required in this case. Stays have been granted in related cases filed in this district for the dame reasons. Accordingly,

**IT IS ORDERED** that the Joint Motion to Stay Discovery (Dkt. #44) is **GRANTED**. If the pending motion to dismiss does not result in dismissal of all claims the parties shall have fourteen days from a decision denying the pending motion to dismiss to file a joint proposed discovery plan and scheduling order.

DATED this 10th day of March, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE