DIANA S. CLINE, ESQ.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
HOWARD KIM & ASSOCIATES
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government-sponsored entity; FEDERAL HOUSING FINANCE AGENCY, as Conservator of Fannie Mae,<br><br>Plaintiffs,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; SUN CITY ALIANTE COMMUNITY ASSOCAITION, a Nevada Non-Profit Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:14:cv-02046-JAD-PAL<br><br>**SFR INVESTMENTS POOL 1, LLC'S RESPONSE TO PLAINTIFFS' NOTICE OF NEW AUTHORITES** |

SFR Investments Pool 1, LLC acknowledges that the non-binding, non-precedential orders referenced in Plaintiffs' notice of new authorities have been entered by another court in this District. SFR, however, disagrees that those orders address the arguments as raised in SFR's motion to dismiss, reply in support, and response to Plaintiff's sur-reply.

Dated this 30th Day of July, 2015.

**HOWARD KIM & ASSOCIATES**

*Jacqueline A. Gilbert*_____
Jacqueline A. Gilbert, Esq. (SBN10593)
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3303
*Attorneys for SFR Investments Pool 1, LLC*

- 1 -

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July, 2015, pursuant to FRCP 5, I served via CM/ECF filing system, the foregoing **SFR INVESTMENTS POOL 1, LLC'S RESPONSE TO PLAINTIFF'S NOTICE OF NEW AUTHORITIES**, to the following parties.

Asim Varma, Esq.
Asim_Varma@aporter.com
Howard N. Cayne, Esq.
Howard.Cayne@aporter.com
Michael A.F. Johnson, Esq.
michael.johnson@aporter.com
Arnold & Porter LLP

Leslie Bryan Hart, Esq.
lhart@fclaw.com
John D. Tennert, Esq.
jtennert@fclaw.com

Dana Jonathon Nitz, Esq.
dnitz@wrightlegal.net
Ryan T. O'Malley
romalley@wrightlegal.net

Ryan T. O'Malley, Esq.
Ryan.omalley@buckleymadole.com.

Neil B. Durrant, Esq.
ndurrant@weildrage.com

/s/ Jacqueline A. Gilbert
An Employee of Howard Kim & Associates

- 2 -