# EXHIBIT A

Ex. A

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

for the _____ DISTRICT OF _____ Nevada

Fed. Nat'l Mortg. Ass'n

V.

SFR Investments Pool 1, LLC

## EXHIBIT AND WITNESS LIST

Case Number: 2:14-cv-02046-JAD-PAL

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Dorsey | Arnold & Porter; Wright Finlay & Zak | Kim Gilbert Ebron |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| N/A (Exhibit A to Mot. for Summ. J) | N/A | N/A |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | A | 3/11/2016 | N/A | N/A | John Curcio's February 1, 2016, Deposition Transcript excerpts in 2:14-cv-02046-JAD-PAL |
|  |  |  |  |  | The Reporter was Kendra L. Rowland-Finch (Certified Shorthand Reporter) |
|  |  |  |  |  | The Videographer was Gus Phillips |
|  |  |  |  |  | The deposition took place in 14221 Dallas Parkway, Suite 1001, Dallas, Texas 75254 |
|  |  |  |  |  | The case is Fed. Nat'l Mortg. Ass'n v. SFR Investments Pool 1, LLC, No. 2:14-cv-02046-JAD-PAL |
|  |  |  |  |  | The deponent was John Curcio |
|  |  |  |  |  | The reporter's signed certification is on the transcript's page 78, lines 4-5 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

John Curcio - 2/1/2016
Federal National Mortgage Association, et al. vs. SFR Investments Pool, et al.
Case 2:14-cv-02046-JAD-PAL   Document 108-1   Filed 03/11/16   Page 3 of 19

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                       DISTRICT OF NEVADA

 3


 4   FEDERAL NATIONAL MORTGAGE        ) CASE NO.:
     ASSOCIATION, A GOVERNMENT-       ) 2:14-CV-02046-JAD-PAL
 5   SPONSORED ENTITY; FEDERAL        )
     HOUSING FINANCE AGENCY, AS       )
 6   CONSERVATOR OF FANNIE MAE,       )
                                      )
 7        PLAINTIFFS,                 )
     V.                               )
 8                                    )
     SFR INVESTMENTS POOL 1, LLC, A   )
 9   NEVADA LIMITED LIABILITY         )
     COMPANY; SUN CITY ALIANTE        )
10   COMMUNITY ASSOCIATION, A         )
     NEVADA NON-PROFIT CORPORATION;   )
11   DOES 1 THROUGH X, INCLUSIVE;     )
     AND ROE CORPORATIONS I           )
12   THROUGH X, INCLUSIVE,       )
                                      )
13        DEFENDANTS.                 )

14


15


16         **********************************
                VIDEOTAPED/ORAL DEPOSITION OF
17                    JOHN CURCIO
                   FEBRUARY 1, 2016
18         **********************************


19


20         VIDEOTAPED/ORAL DEPOSITION OF JOHN CURCIO,

21   produced as a witness at the instance of the

22   Defendants, and duly sworn, was taken in the

23   above-styled and -numbered cause on the 1st day of

24   February, 2016, from 2:18 p.m. to 4:36 p.m., before

25   Kendra L. Rowland-Finch, CSR in and for the State of
```

John Curcio - 2/1/2016
Federal National Mortgage Association, et al. vs. SFR Investments Pool, et al.
Case 2:14-cv-02046-JAD-PAL   Document 108-1   Filed 03/11/16   Page 4 of 19

1  Texas, reported by machine shorthand, at Fannie Mae,

2  14221 Dallas Parkway, Suite 1001, Dallas, Texas

3  75254, pursuant to the Federal Rules of Civil

4  Procedure and the provisions stated on the record or

5  attached hereto.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

John Curcio  -  2/1/2016
Federal National Mortgage Association, et al. vs. SFR Investments Pool, et al.
Case 2:14-cv-02046-JAD-PAL   Document 108-1   Filed 03/11/16   Page 5 of 19

```
 1                A P P E A R A N C E S

 2
    FOR THE PLAINTIFFS
 3
         Mr. Michael A.F. Johnson
 4       ARNOLD & PORTER, LLP
         555 Twelfth Street, NW
 5       Washington, DC  20004-1206
         202-942-5783
 6
         Ms. Charlotte Ritz (In-house Counsel)
 7       FANNIE MAE
         14221 Dallas Parkway
 8       Suite 1001
         Dallas, Texas  75254
 9       972-773-4663

10  FOR THE DEFENDANTS

11       Ms. Diana Cline Ebron
         Ms. Jacqueline Gilbert
12       Mr. Jesse Panoff
         KIM GILBERT EBRON
13       7625 Dean Martin Drive
         Suite 110
14       Las Vegas, Nevada  89139
         702-485-3300
15

16  ALSO PRESENT

17       Mr. Gus Phillips - Videographer

18

19

20

21

22

23

24

25
```

John Curcio - 2/1/2016
Case 2:14-cv-02046-JAD-PAL   Document 108-1   Filed 03/11/16   Page 6 of 19
Federal National Mortgage Association, et al. vs. SFR Investments Pool, et al.

```
 1                          INDEX

 2                                                  PAGE

 3   Appearances . . . . . . . . . . . . . . . .     2

 4   Stipulations  . . . . . . . . . . . . . . .     5

 5   JOHN CURCIO

 6       Examination by Ms. Ebron. . . . . . . .     5

 7   Signature and Changes . . . . . . . . . . .    75

 8   Reporter's Certificate  . . . . . . . . . .    77

 9                         EXHIBITS

10   NO.         DESCRIPTION                        PAGE

11   1      Notice of Video Deposition              26

12   2      Declaration of J. Curcio                34

13   3      Deed of Trust                           62

14   4      Federal National Mortgage Association's 65
            Responses to SFR Investments Pool 1,
15          LLC's Interrogatories

16

17

18

19

20

21

22

23

24

25
```

John Curcio  -  2/1/2016
Federal National Mortgage Association, et al. vs. SFR Investments Pool, et al.
Case 2:14-cv-02046-JAD-PAL   Document 108-1   Filed 03/11/16   Page 7 of 19

1                P R O C E E D I N G S

2                THE VIDEOGRAPHER:  We are now on the

3    record for the video deposition of John Curcio.  The

4    time is 2:18 p.m., February 1st, 2016.

5                In the matter of Federal National Mortgage

6    Association et al versus SFR Investments Pool 1, LLC

7    et al; Case No. 2:14:CV-02046-JAD-PAL; being held in

8    the United States District Court for the District of

9    Nevada.

10                The court reporter is Kendra Finch, and the

11    videographer is Gus Phillips.  Both are

12    representatives of Depo International.

13                Will Counsel please state their appearances

14    for the record.

15                MR. JOHNSON:  Michael Johnson of Arnold

16    & Porter representing the witness and the Conservator

17    of the Federal National Mortgage Association.

18                MS. EBRON:  Good afternoon.  Diana

19    Cline Ebron on behalf of SFR Investments Pool 1, LLC

20    of the law firm Kim Gilbert Ebron.

21                MS. GILBERT:  Jacqueline Gilbert with

22    Diana Cline.

23                MR. PANOFF:  Jesse Panoff with the

24    previously mentioned.

25                THE COURT REPORTER:  Federal Rules?

John Curcio  -  2/1/2016
Federal National Mortgage Association, et al. vs. SFR Investments Pool, et al.
Case 2:14-cv-02046-JAD-PAL   Document 108-1   Filed 03/11/16   Page 8 of 19

```
 1                 MS. EBRON:  Yes.
 2                 THE COURT REPORTER:  30 days -- are we
 3   doing 30 days on this?
 4                 MR. JOHNSON:  Yes.  We will read and
 5   correct within 30 days.
 6                 THE COURT REPORTER:  And if you'll
 7   raise your right hand, sir, I'll swear you in.
 8                         JOHN CURCIO,
 9   having been first duly sworn, testified as follows:
10                         EXAMINATION
11   BY MS. EBRON:
12       Q.   Good afternoon.  Can you please state your
13   name for the record?
14       A.   Good afternoon.  John Curcio.
15       Q.   Are you employed, Mr. Curcio?
16       A.   Yes, I am.
17       Q.   By whom?
18       A.   Fannie Mae.
19       Q.   How long have you been employed by Fannie
20   Mae?
21       A.   Five years, 11 months.
22       Q.   Where were you employed before Fannie Mae?
23       A.   I was with Citigroup.
24       Q.   What were your dates of employment with
25   Citigroup?
```

John Curcio - 2/1/2016
Case 2:14-cv-02046-JAD-PAL   Document 108-1   Filed 03/11/16   Page 9 of 19
Federal National Mortgage Association, et al. vs. SFR Investments Pool, et al.

1       A.      Also with the University of Phoenix, I
2  earned my MBA in global management and human
3  resources.
4       Q.      Any other degrees?
5       A.      No, not to where I completed.  I did enter
6  the doctorate program at the University of Phoenix.  I
7  completed my coursework, and all I have left is my
8  dissertation.
9       Q.      What is the doctorate in, or what will it be
10 in?
11      A.      What may it be in?  It's organizational
12 leadership.
13      Q.      What was the date of your MBA?
14      A.      2008.
15      Q.      Do you have any other degrees, or working on
16 any other degrees --
17      A.      No.
18      Q.      -- besides the doctorate?
19              Do you have any professional licenses or
20 certifications?
21      A.      No.
22      Q.      What is your position at Fannie Mae?
23      A.      I am the director of the services support
24 center within credit portfolio management.
25      Q.      Have you held any other positions at Fannie

John Curcio   -   2/1/2016
Case 2:14-cv-02046-JAD-PAL   Document 108-1   Filed 03/11/16   Page 10 of 19
Federal National Mortgage Association, et al. vs. SFR Investments Pool, et al.

1  Mae?

2  **A.   Within the same group, I was also a manager**
3  **there.**

4  Q.   Have you held any other positions, besides
5  the director of services support and a manager?

6  **A.   No.**

7  Q.   How long have you been the director?

8  **A.   Since June of 2012.**

9  Q.   What does being the director of services
10 support entail?

11 **A.   A few functions where you're responsible for**
12 **the review and oversight of 1,100 of the smaller**
13 **servicers.**

14 Q.   Anything else?

15 **A.   We handle the call center for servicers that**
16 **may call regarding questions about our servicing**
17 **guide, and that handles calls and e-mails.**

18 Q.   Anything else?

19 **A.   And a team called Operational Excellence,**
20 **and that team handles legal-related matters and**
21 **documents.**

22 Q.   Anything else?

23 **A.   When I was -- when -- in my current**
24 **position, no.**

25 Q.   How about when you were a manager?

John Curcio - 2/1/2016
Case 2:14-cv-02046-JAD-PAL   Document 108-1   Filed 03/11/16   Page 11 of 19
Federal National Mortgage Association, et al. vs. SFR Investments Pool, et al.

1  **system is called eBoutique.**

2  Q.  Can you spell that?

3  **A.  Small "e" and then Boutique. And**

4  **specifically, that is for our -- what we call our**

5  **reverse mortgage product, or HECMs, H-E-C-Ms.**

6  Q.  Is HECMs another name for the reverse

7  mortgage product?

8  **A.  Yes.**

9  Q.  About how many declarations or affidavits

10  have you reviewed and executed this year?

11  **A.  This year maybe about ten a week.**

12  Q.  About how long does it take you to review

13  the documents before you execute the declaration or

14  affidavit?

15  **A.  It depends upon the length of the**

16  **declaration, to review that what I am signing is**

17  **either what I know or what is attached as an exhibit**

18  **and then review the exhibits to make sure that they**

19  **correspond with what is being stated in the**

20  **declaration.**

21  Q.  Do you ever pull the information yourself

22  from SIR?

23  **A.  I have not.**

24  Q.  Do Dallas Fanning, Robert Morgan and Gary

25  Dodson also work in the Addison office?

John Curcio - 2/1/2016
Case 2:14-cv-02046-JAD-PAL   Document 108-1   Filed 03/11/16   Page 12 of 19
Federal National Mortgage Association, et al. vs. SFR Investments Pool, et al.

1  Exhibit 2?

2          (Exhibit No. 2 Marked.)

3          MS. EBRON:  And, Counsel, I believe I
4  already gave you a copy.

5          MR. JOHNSON:  You did.  Thank you.

6          MS. EBRON:  I am sorry.  Ms. Ritz, did
7  you want a copy as well?

8          MS. RITZ:  No.  Thank you.

9     Q.   (BY MS. EBRON)  Are you familiar with this
10 document?

11    **A.   I am.**

12    Q.   What is it?

13    **A.   It is the declaration.**

14    Q.   And this is a declaration that you signed in
15 support of Plaintiffs' Motion for Summary Judgment in
16 the case that we're here for the deposition for
17 today?

18    **A.   I did sign this declaration, yes.**

19    Q.   What did you do to prepare to sign this
20 declaration?

21    **A.   Review the end of it, the words that are in**
22 **this declaration, compare the exhibit to the**
23 **attachment to ensure that they were the correct ones**
24 **for this declaration.**

25    Q.   Anything else?

**John Curcio - 2/1/2016**
Case 2:14-cv-02046-JAD-PAL   Document 108-1   Filed 03/11/16   Page 13 of 19
**Federal National Mortgage Association, et al. vs. SFR Investments Pool, et al.**

1   A.   No.

2   Q.   Looking at Paragraph No. 1, it says that you
3   are the assistant vice president for Federal National
4   Mortgage Association.  Do you see that?

5   A.   I do.

6   Q.   At that time, were you the assistant vice
7   president for Federal National Mortgage Association?

8   **A.   In my role for signing the document, I have**
9   **the delegated authority to sign in that capacity.  My**
10  **title is director.**

11  Q.   When did you become the director?

12  **A.   June 2012.**

13  Q.   All right.  I already asked you that.

14       Okay.  So how long have you been an
15  assistant vice president?

16  **A.   The delegation of authority started at about**
17  **that same time as we were forming this team and taking**
18  **on this function.  And it was around that time that**
19  **the delegation was granted.**

20  Q.   And who was the delegation granted by?

21  **A.   My vice president at the time.**

22  Q.   And who was that?

23  **A.   Pamela Anderson.  No relation.**

24  Q.   Okay.  So there is a document that delegated
25  authority for you to sign as the assistant vice

John Curcio - 2/1/2016
Case 2:14-cv-02046-JAD-PAL   Document 108-1   Filed 03/11/16   Page 14 of 19
Federal National Mortgage Association, et al. vs. SFR Investments Pool, et al.

```
 1   Number means?
 2       A.   Home Saver Advance.
 3       Q.   And what is Home Saver Advance?
 4       A.   Back in 2008, it was the means to -- when
 5   borrowers were delinquent is to -- whatever that
 6   delinquency was, provide them with a mortgage -- a
 7   note to help bring them current on the first
 8   mortgage.
 9       Q.   So is it the acquisitions team that would
10   have switched the information from the previous system
11   to the current SIR system --
12            MR. JOHNSON:  Objection, vague.
13       Q.   (BY MS. EBRON)  -- from Laser?
14       A.   I do not know.
15       Q.   Was this loan ever held in trust?
16       A.   The loan was pooled at one point in time.
17       Q.   When?
18       A.   Earlier on in the delivery process.
19       Q.   What do you mean "in the delivery
20   process"?
21       A.   When they sold the loan to Fannie Mae.
22       Q.   When Pulte sold the loan to Fannie Mae?
23       A.   Yes.
24       Q.   So you're saying that Pulte pooled the loans
25   or Fannie Mae pooled the loans?
```

Depo International, LLC
(702) 386-9322 or (800) 982-3299 | info@depointernational.com          Page 44

John Curcio - 2/1/2016
Case 2:14-cv-02046-JAD-PAL  Document 108-1  Filed 03/11/16  Page 15 of 19
Federal National Mortgage Association, et al. vs. SFR Investments Pool, et al.

1    **A.    Pulte sold the loans to us, and then Fannie**
2    **Mae pooled the loans.**
3        Q.    Is there a specific name of the pool that
4    Fannie Mae pooled them into?
5        **A.    Based on the information here, I don't see**
6    **that.  There would have been a name or number.**
7        Q.    And where would you look?  Sorry about that.
8    Go ahead.
9        **A.    There would be a name or a number at the**
10   **time.**
11       Q.    And where would you look to find out that
12   information?
13       **A.    We would have to look at the loan history.**
14       Q.    Where is the loan history stored?
15       **A.    Within the SIR system.**
16       Q.    Where in the SIR system?
17              MR. JOHNSON:  Counsel, could you -- let
18   me just object and instruct Mr. Curcio not to answer
19   for the moment because I want to get some clarity on
20   where this line of questioning fits into the topics
21   that the Court allowed the deposition to go forward
22   on, which I think include:  Was the mortgage reclassed
23   out of MBS?  Okay.  You have name, date, terms and
24   trust.  So he's answering to the best of his
25   knowledge.  Okay?

John Curcio - 2/1/2016
Case 2:14-cv-02046-JAD-PAL   Document 108-1   Filed 03/11/16   Page 16 of 19
Federal National Mortgage Association, et al. vs. SFR Investments Pool, et al.

```
 1              Go ahead, John.  Do you need the question
 2   back?
 3              THE WITNESS:  I do, please.
 4              MS. EBRON:  Could you read back again,
 5   please?
 6              (Requested text read back.)
 7              MS. EBRON:  Do you need more than that?
 8       Q.  (BY MS. EBRON)  I think we were looking for
 9   the loan history.  Where is that contained in the SIR
10   system?
11       A.   It's on a tab or on a -- I don't know how to
12   get to that particular section.
13       Q.   Who would know how to get to that particular
14   section?
15       A.   Someone familiar with SIR.
16       Q.   And who is that?
17       A.   Someone on my team.
18       Q.   So would that be -- would you be looking to
19   your manager, or would you look for Dallas Fanning,
20   Robert Morgan or Gary Dodson to find that
21   information?
22       A.   I would look at any of those individuals,
23   yes.
24       Q.   Have you reviewed loan histories before?
25       A.   I have seen screenshots of loan histories,
```

John Curcio - 2/1/2016
Case 2:14-cv-02046-JAD-PAL    Document 108-1    Filed 03/11/16    Page 17 of 19
Federal National Mortgage Association, et al. vs. SFR Investments Pool, et al.

 1      Q.   Was this loan taken out of a pool?
 2      **A.   Yes.**
 3      Q.   When was it taken out of a pool?
 4      **A.   It does not show that in the exhibit**
 5  **attached.**
 6      Q.   Is there somewhere you would look to find
 7  out that date that it was taken out of a pool?
 8      **A.   Yes.  At that point, there would be what is**
 9  **called a reclassification.**
10      Q.   And where is the reclassification located?
11      **A.   Within SIR and on the loan activity**
12  **report.**
13      Q.   Is that one of the screenshots that is
14  attached to your declaration?
15      **A.   It is not.**
16      Q.   Is that on a tab that we can see that just
17  doesn't have a printout --
18      **A.   Yes.**
19      Q.   -- or that --
20      **A.   Yes.**
21      Q.   It does?
22      **A.   Yes.**
23      Q.   Which tab would you find that in?
24      **A.   That should be on the Loan Activity History**
25  **and another tab.  I am not sure of the title of where**

John Curcio - 2/1/2016
Federal National Mortgage Association, et al. vs. SFR Investments Pool, et al.
Case 2:14-cv-02046-JAD-PAL   Document 108-1   Filed 03/11/16   Page 18 of 19

```
 1   STATE OF TEXAS     )

 2   COUNTY OF DENTON   )

 3              I, Kendra L. Rowland-Finch, Certified

 4   Shorthand Reporter, duly commissioned and qualified in

 5   and for the State of Texas, do hereby certify that

 6   there came before me on the 1st day of February, 2016,

 7   at Fannie Mae, located at 14221 Dallas Parkway, Suite

 8   1000, Dallas, Texas, the following named person, to

 9   wit:

10              JOHN CURCIO who was duly sworn to testify the

11   truth, the whole truth, and nothing but the truth of

12   knowledge touching and concerning the matters in

13   controversy in this cause; and that he was thereupon

14   examined upon his oath and his examination reduced to

15   typewriting under my supervision; that the deposition

16   is a true record of the testimony given by the

17   witness, that review by the witness was requested on

18   the record, and signature of the witness is to be

19   signed before any notary public.

20              I further certify that I am neither attorney

21   no counsel for nor related to any of the parties to

22   the action in which this deposition is taken, and

23   further that I am not a relative or employee of any

24   attorney or counsel employed by the parties hereto, or

25   financially interested in this action.
```

Case 2:14-cv-02046-JAD-PAL  Document 108-1  Filed 03/11/16  Page 19 of 19

John Curcio - 2/1/2016
Federal National Mortgage Association, et al. vs. SFR Investments Pool, et al.

```
 1
 2         Given under my hand on this the 15th day of
 3   February, 2016.
 4
                    KENDRA L. ROWLAND-FINCH, CSR
 5                  Certificate No. 5500
                    Certified Shorthand Reporter in
 6                  and for the State of Texas
                    Expires December 31, 2017
 7
 8                  DEPO INTERNATIONAL
                    703 South Eight Street
 9                  Las Vegas, Nevada  89101
                    702-386-9322
10                  702-386-9825
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```