Ex. B

# EXHIBIT B

Ex. B

⬥AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

for the     DISTRICT OF     Nevada

Fed. Nat'l Mortg. Ass'n

V.

SFR Investments Pool 1, LLC

**EXHIBIT AND WITNESS LIST**

Case Number:  2:14-cv-02046-JAD-PAL

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| Judge Dorsey | | | | | Arnold & Porter; Wright Finlay & Zak | Kim Gilbert Ebron |
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| N/A (Exhibit B to Mot. for Summ. J.) | | | | | N/A | N/A |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | B | 3/11/2016 | N/A | N/A | Fed. Nat'l Mortg. Ass'n First Supplemental Response to SFR's Interrogatories | |
| | | | | | The interrogatory respone was signed by Fannie's attorney on February 2, 2016 | |
| | | | | | The interrogatory response was verified by John Curcio on January 29, 2016 | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

Dana Jonathon Nitz, Esq. (SBN 0050)
Christina V. Miller, Esq. (SBN 12448)
WRIGHT, FINLAY & ZAK, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
Tel.: (702) 475-7964  Fax: (702) 946-1345
*dnitz@wrightlegal.net; cmiller@wrightlegal.net*
*Attorneys for Plaintiff Federal National Mortgage Association*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government-sponsored entity; FEDERAL HOUSING FINANCE AGENCY, as Conservator of Fannie Mae,<br><br>Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; SUN CITY ALIANTE COMMUNITY ASSOCAITION, a Nevada Non-Profit Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:14:cv-02046-JAD-PAL<br><br>**FEDERAL NATIONAL MORTGAGE ASSOCIATION'S FIRST SUPPLEMENTAL RESPONSE TO SFR INVESTMENTS POOL 1, LLC'S INTERROGATORIES** |

Federal National Mortgage Association ("Fannie Mae") hereby submits this First Supplemental Response to SFR Investments Pool 1, LLC's ("SFR") Interrogatories ("Interrogatories") dated November 17, 2015.

### INTERROGATORY

**INTERROGATORY NO. 4:**   Was the loan described in Exhibit A ever securitized or made part of a pool?

**Objections and Response:**

**Fannie Mae incorporates and reasserts each of the General and Specific Objections to Interrogatory No. 4 set forth in Federal National Mortgage Association's Responses To SFR Investments Pool 1, LLC's Interrogatories dated December 14, 2015. Subject to and without**

- 1 -

waiving the foregoing objections, Fannie Mae supplements its response to Interrogatory No. 4 as follows:

Yes, the loan at issue in this case was securitized in a trust for which Fannie Mae was the trustee. On or about March 1, 2011—more than two years before the July 26, 2013, HOA foreclosure sale at issue in this case—the loan was removed from that trust and placed into Fannie Mae's portfolio of loans.

DATED this 2nd day of February, 2016.



Dana Jonathon Nitz, Esq. (SBN 0050)
Christina V. Miller, Esq. (SBN 12448)
WRIGHT, FINLAY & ZAK, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
Tel.: (702) 475-7964  Fax: (702) 946-1345
dnitz@wrightlegal.net; cmiller@wrightlegal.net
*Attorneys for Plaintiff Federal National Mortgage Association*

# VERIFICATION FOR SUPPLEMENTAL RESPONSE TO INTERROGATORY

I declare under penalty of perjury that the foregoing First Supplemental Response to SFR Investments Pool 1, LLC's Interrogatories served in *Fannie Mae v. SFR*, No. 2:14-cv-02046-JAD-PAL, on November 17, 2015, are true and correct.

*[signature]*

John Curcio

January 29, 2016

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 2nd day of February, 2016, a true and correct copy of the **FEDERAL NATIONAL MORTGAGE ASSOCIATION'S FIRST SUPPLEMENTAL RESPONSE TO SFR INVESTMENTS POOL 1, LLC'S INTERROGATORIES,** was served by depositing a true copy of the same in the United States Mail, at Las Vegas, Nevada, addressed as follows:

Howard C. Kim, Esq.
Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Jesse A. Panoff, Esq.
Kim Gilbert Ebron
7625 Dean Martine Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for Defendant SFR Investments Pool 1, LLC*

Leslie Bryan Hart, Esq.
John D. Tennert, Esq.
Fennemore Craig, P.C.
300 East Second Street, Suite 1510
Reno, Nevada 89501
*Attorneys for Plaintiff Federal Housing Finance Agency*

Asim Varma, Esq.
Howard Cayne, Esq.
Michael A.F. Johnson, Esq.
Arnold & Porter, LLP
601 Massachusetts Ave., NW
Washington DC 20001-3743
*Attorneys for Plaintiff Federal Housing Finance Agency*

_____
An Employee of WRIGHT, FINLAY & ZAK, LLP