Ex. C

# EXHIBIT C

Ex. C

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

for the    DISTRICT OF    Nevada

Fed. Nat'l Mortg. Ass'n

v.

SFR Investments Pool 1, LLC

**EXHIBIT AND WITNESS LIST**

Case Number: 2:14-cv-02046-JAD-PAL

| PRESIDING JUDGE  Judge Dorsey | | | | PLAINTIFF'S ATTORNEY  Arnold & Porter; Wright Finlay & Zak | DEFENDANT'S ATTORNEY  Kim Gilbert Ebron |
|---|---|---|---|---|---|
| TRIAL DATE (S)  N/A (Exhibit C to Mot. for Summ. J.) | | | | COURT REPORTER  N/A | COURTROOM DEPUTY  N/A |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  | C | 3/11/2016 | N/A | N/A | FHFA's First Supplemental Response to SFR's Interrogatories |
|  |  |  |  |  | The interrogatory respone was signed by FHFA's attorney on February 2, 2016 |
|  |  |  |  |  | The interrogatory response was verified by Frank R. Wright, Esq. on February 1, 2016 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
*lhart@fclaw.com*; *jtennert@fclaw.com*

(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
ARNOLD & PORTER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000   Fax: (202) 942-5999
*Asim.Varma@aporter.com; Howard.Cayne@aporter.com*
*Michael.Johnson@aporter.com*

Attorneys for Plaintiff Federal Housing Finance Agency

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government-sponsored entity; FEDERAL HOUSING FINANCE AGENCY, as Conservator of Fannie Mae,<br><br>Plaintiffs,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; SUN CITY ALIANTE COMMUNITY ASSOCIATION; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-02046-JAD-PAL<br><br>**INTERVENOR FEDERAL HOUSING FINANCE AGENCY'S FIRST SUPPLEMENTAL RESPONSE TO SFR INVESTMENTS POOL 1, LLC'S INTERROGATORIES** |

Federal Housing Finance Agency ("FHFA") solely in its capacity as Conservator of Federal National Mortgage Association ("Fannie Mae") hereby submits this First Supplemental Response to SFR Investments Pool 1, LLC's ("SFR") Requests for Answers to Interrogatories ("Interrogatories") dated November 17, 2015.

///

**INTERROGATORY**

**INTERROGATORY NO. 4:** Was the loan described in Exhibit A ever securitized or made part of a pool?

**Objections and Response:**

FHFA incorporates and reasserts each of the General and Specific Objections to Interrogatory No. 4 set forth in Intervenor Federal Housing Finance Agency's Responses To SFR Investments Pool 1, LLC's Interrogatories dated December 14, 2015. Subject to and without waiving the foregoing objections, FHFA supplements its response to Interrogatory No. 4 as follows:

Yes, the loan at issue in this case was securitized in a trust for which Fannie Mae was the trustee. On or about March 1, 2011—more than two years before the July 26, 2013, HOA foreclosure sale at issue in this case—the loan was removed from that trust and placed into Fannie Mae's portfolio of loans.

DATED this 2nd day of February, 2016.

FENNEMORE CRAIG, P.C.

By: _____
Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
*lhart@fclaw.com; jtennert@fclaw.com*

and

ARNOLD & PORTER LLP
(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.

Attorneys for Plaintiff Federal Housing Financing Agency

**VERIFICATION FOR SUPPLEMENTAL RESPONSE TO INTERROGATORY**

I declare under penalty of perjury that the foregoing First Supplemental Response to SFR Investments Pool 1, LLC's Interrogatories served in *Fannie Mae v. SFR*, No. 2:14-cv-02046-JAD-PAL, on November 17, 2015, are true and correct based on my review of the business records of Federal National Mortgage Association, an entity under the conservatorship of the Federal Housing Finance Agency.

Frank R. Wright
Senior Counsel

February 1, 2016

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 2nd day of February, 2016, a true and correct copy of **INTERVENOR FEDERAL HOUSING FINANCE AGENCY'S FIRST SUPPLEMENTAL RESPONSE TO SFR INVESTMENTS POOL 1, LLC'S INTERROGATORIES,** was enclosed in a sealed envelope and delivered, as indicated below, to the following:

| | |
|---|---|
| Diana S. Cline Ebron, Esq.<br>Jacqueline A. Gilbert, Esq.<br>Jesse Panoff, Esq.<br>HOWARD KIM & ASSOCIATES<br>1055 Whitney Ranch Dr., Suite 110<br>Henderson, NV 89014<br>diana@hkimlaw.com, jackie@hkimlaw.com,<br>jesse@hkimlaw.com | Dana Jonathon Nitz, Esq.<br>Christina V. Miller, Esq.<br>WRIGHT, FINLAY & ZAK, LLP<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>dnitz@wrightlegal.net;<br>cmiller@wrightlegal.net |

____ Via First Class Mail, with postage pre-paid and deposited for mailing in Reno, Nevada

____ Via Hand Delivery

____ Via Facsimile

✓ Via Email and U.S. Mail with postage pre-paid and deposited for mailing in Reno, NV

____ Via Facsimile and Hand Delivery

_____
Pamela Carmon

11283554.1

3