# EXHIBIT D

Ex. D

APN: 124-17-712-004

Return document and mail tax statements to:

SFR Investments Pool 1, LLC
5030 Paradise Road, B-214
Las Vegas NV 89119

Inst #: 201308050005677
Fees: $18.00 N/C Fee: $0.00
RPTT: $629.85 Ex: #
08/05/2013 03:00:50 PM
Receipt #: 1721299
Requestor:
SFR INVESTMENTS POOL 1 LLC
Recorded By: CDE   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

# FORECLOSURE DEED UPON SALE

Foreclosing lienholder **SUN CITY ALIANTE COMMUNITY ASSOCIATION**, under power of sale pursuant to NRS Chapter 116, does hereby sell, without warranty, expressed or implied, to:

**SFR INVESTMENTS POOL 1, LLC**

the real property situated in Clark County, Nevada legally described as:

*SEE EXHIBIT A ATTACHED FOR LEGAL DESCRIPTION*

and commonly known as 7445 CRESTED QUAIL ST, NORTH LAS VEGAS NV 89084.

This conveyance is made pursuant to the powers conferred upon Agent by NRS Chapter 116, the foreclosing Association's governing documents (CC&R's), and the notice of the Lien for Delinquent Assessments, recorded on July 6, 2011 as instrument 201107060000933 in the Official Records of the Recorder of Clark County, Nevada. Default occurred as set forth in the Notice of Default and Election to Sell, recorded on July 13, 2012 as instrument 201207130000663 in the Official Records of the Recorder of Clark County, Nevada. All requirements of law have been complied with, including, but not limited to, the elapsing of the 90 days, the mailing of copies of the notice of Lien of Delinquent Assessment, and Notice of Default, and the mailing, posting, and publication of the Notice of Foreclosure Sale. Agent, in compliance with the Notice of Foreclosure Sale and in exercise of its power under NRS § 116.31164, sold the property at public auction on July 26, 2013.

By: _____
    Robert Opdyke, Esq.
    United Legal Services Inc.
    *As authorized agent for, and on behalf of, foreclosing Association*

STATE OF NEVADA    )
COUNTY OF CLARK    )

This instrument was acknowledged before me on July 29th, 2013, by: Robert Opdyke.

_____
NOTARY PUBLIC

CRYSTAL BENNETT
Notary Public-State of Nevada
APPT. NO. 12-8606-1
My App. Expires August 07, 2016

## EXHIBIT A

All that certain real property situated in the County of Clark, State of Nevada, described as follows:

Lot Four (4) in Block One (1), of Final Map of SUN CITY ALIANTE UNIT 10 PHASE 1 as shown by map thereof on file in Book 120 of Plats, Page 4, and amended by Certificate of Amendment recorded October 26, 2006 in Book 20061026, page 0006909 and recorded October 30, 2006 in Book 20061030, page 0003037, in the Office of the County Recorder of Clark County, Nevada.

STATE OF NEVADA
DECLARATION OF VALUE

1. Assessor Parcel Number(s)
   a. 124-17-712-004
   b. _____
   c. _____
   d. _____
2. Type of Property:
   a. ☐ Vacant Land      b. ☑ Single Fam. Res.
   c. ☐ Condo/Twnhse     d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg        f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural     h. ☐ Mobile Home
      ☐ Other

| FOR RECORDERS OPTIONAL USE ONLY |
| Book_____ Page:_____ |
| Date of Recording: _____ |
| Notes: |

3. a. Total Value/Sales Price of Property      $ 123,214.00
   b. Deed in Lieu of Foreclosure Only (value of property ( _____ )
   c. Transfer Tax Value:                      $ 123,214.00
   d. Real Property Transfer Tax Due           $ 629.85

**4. If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____  Capacity: MANAGER

Signature _____  Capacity: _____

| **SELLER (GRANTOR) INFORMATION** | **BUYER (GRANTEE) INFORMATION** |
| **(REQUIRED)** | **(REQUIRED)** |
| Print Name: Sun City Aliante Comm. Assoc. | Print Name: SFR Investments Pool 1, LLC |
| Address: 8965 S. Eastern Ave, Suite 350 | Address: 5030 Paradise Road, B-214 |
| City: Las Vegas | City: Las Vegas |
| State: NV     Zip: 89123 | State: NV     Zip: 89119 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: _____     Escrow # _____
Address: _____
City: _____          State: _____   Zip: _____

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED