Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
ARNOLD & PORTER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000   Fax: (202) 942-5999
Asim.Varma@aporter.com;
Howard.Cayne@aporter.com
Michael.Johnson@aporter.com
*Attorneys for Plaintiff Federal Housing Finance Agency*

Dana Jonathon Nitz, Esq. (SBN 0050)
Christina V. Miller, Esq. (SBN 12448)
WRIGHT, FINLAY & ZAK, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
Tel.: (702) 475-7964  Fax: (702) 946-1345
dnitz@wrightlegal.net;
cmiller@wrightlegal.net

*Attorneys for Plaintiff Federal National Mortgage Association*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal National Mortgage Association; and FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>Plaintiffs,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Defendant. | Case No. 2:14-cv-02046-JAD-PAL<br><br>ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT REPORT [#118] |

1. On August 26, 2016, the Court ordered the above titled action stayed until the Ninth Circuit issued its mandate in *Bourne Valley Court Trust v. Wells Fargo Bank, NA*, No. 15-15233, 2016 WL 4254983 (9th Cir. Aug. 12, 2016).  (ECF No. 117.)  On December 14, 2016, the Ninth Circuit issued its Mandate in *Bourne Valley*.  (Exhibit A.)  Pursuant to this Court's order (ECF No.117), the parties were to file a joint report to the Court proposing a schedule for resumed proceedings fourteen days after the issuance of the Mandate.

2. The parties are near finalizing an agreed proposal for proceeding with the cases, but the holiday season has made communication somewhat cumbersome.

3. Accordingly, the parties respectfully seek leave to extend the deadline to file the joint

12426110

report with proposed schedule no later than January 13, 2017.

## CONCLUSION

For the foregoing reasons, the Federal Housing Finance Agency, the Federal National Mortgage Association, and SFR Investments Pool 1, LLC move the Court to enter an order that extends the deadline to file the joint report with proposed schedule to January 13, 2017.

DATED this 29th day of December, 2016.

**WRIGHT, FINLAY & ZAK, LLP**

By: /s/ Dana Nitz
Dana Jonathon Nitz, Esq. (SBN 0050)
Christina V. Miller, Esq. (SBN 12448)
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Tel: 702-475-7964  Fax 702-946-1345
dnitz@wrightlegal.net;
cmiller@wrightlegal.net

*Attorneys for Plaintiff Federal National Mortgage Association*

**FENNEMORE CRAIG, P.C.**

By: /s/ John D. Tennert
Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com
and
ARNOLD & PORTER LLP
(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.

*Attorneys for Plaintiff Federal Housing Financing Agency*

**KIM GILBERT EBRON**

By: /s/ Jacqueline A. Gilbert
Jacqueline A. Gilbert, Esq. (SBN 10593)
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
Tel: (702) 485-330  Fax: (702) 485-3301
Jackie@kgelegal.com

*Attorneys for Defendant SFR Investments Pool 1, LLC*

## ORDER

Good cause appearing, the joint motion to extend the deadline [ECF No. 118] is GRANTED; the parties have until January 13, 2017, to file their joint report.

_____
Jennifer Dorsey
United States District Judge
January 11, 2017

12426110